PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kindrick White　　　　　　　　　　　　　　Cr.: 12-00286-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 4349

Name of Sentencing Judicial Officer:　THE HONORABLE ESTHER SALAS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/07/2012

Original Offense: 18:371.F; CONSPIRACY TO DEFRAUD THE UNITED STATES

Original Sentence: 36 months probation

Special Conditions: Location Monitoring Program, No New Debt/Credit, Special Assessment, Restitution - Money

Type of Supervision: Probation　　　　　　　　　　Date Supervision Commenced: 08/07/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number　　Nature of Noncompliance

1.　　　　　　　　The offender's probation is scheduled to expire on August 6, 2015, with an outstanding restitution balance of $2,353. Although the offender has made payments towards the restitution order, he was unable to fully satisfy the restitution order prior to the scheduled date of expiration. To date, $1,317 has been collected from the offender and applied to the financial obligation.

U.S. Probation Officer Action:
We are requesting that the offender's probation term be allowed to terminate on August 6, 2015 as the Financial Litigation Unit will pursue collection of the remaining restitution balance of $2,353.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　*Edward Irwin /mg*

　　　　　　　　　　　　　　　　　　　　　　　　　　By: Edward J Irwin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 05/28/2015

Prob 12A – page 2
Kindrick White

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.
_____
Date